

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:   *Jasmine Laura Maynes v. The State of Texas*

Appellate case numbers:   01-18-00354-CR, 01-18-00355-CR & 01-18-00356-CR

Trial court case numbers:   10CR0891, 16CR2585 & 16CR2586

Trial court:   122nd District Court of Galveston County

Party filing motion:   Appellant

It is ordered that the motion for en banc reconsideration is **DENIED**.

Judge's signature:   /s/ Russell Lloyd_____

☑ Acting for the Court

The en banc court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Landau, Goodman, Hightower, and Countiss.

Justice Higley, not participating.

Date:  October 15, 2019